UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER DALE MCCARTY, <br><br> Petitioner, <br><br> v. <br><br> REGIONAL JUSTICE CENTER, <br><br> Respondent. | Case No. 2:16-CV-01330-JLR-BAT <br><br> **ORDER DENYING MOTION TO AMEND AND REOPEN** |

The Court, having reviewed petitioner's Motion to Amend and Reopen, Dkt. 9, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses thereto, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Motion to Amend and Reopen, Dkt. 9, is **DENIED**.

3. The Clerk shall send a copy of this Order to the petitioner and to Judge Tsuchida.

DATED this 21ST day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER DENYING MOTION TO AMEND AND REOPEN- 1